IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01961-REB-MEH
(Consolidated with Civil Case Nos. 02-RB-1962, 02-RB-1963, 02-RB-1979)

THE SOCIETY OF LLOYD'S,

Plaintiff,

v.

JOHN HENRI SILVERSMITH,

Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 17, 2006.**

Defendant's Motion to Quash Subpoena Duces Tecum of Billie R. Silversmith [Filed May 31, 2006; Docket #45] and Defendant's Motion to Quash Subpoena Duces Tecum of Joseph Henri Silversmith [Filed May 31, 2006; Docket #46] are **denied** without prejudice for failure to comply with Local Rule 7.1. Pursuant to Local Rule, a movant must first confer in good faith with the opposing party to attempt resolve the dispute without Court intervention. Further, "The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule." D.C.Colo.L.Civ.R. 7.1.